**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SZYMANSKI KOROLL, CYNTHIA           §   Case No. 12-80577
                                            §
                                            §
Debtor(s)                                   §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 21, 2012. The undersigned trustee was appointed on June 27, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       1,006,383.17

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 451,130.69 |
   | Bank service fees | 25,508.96 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 311,903.70 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 217,839.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/05/2012 and the deadline for filing governmental claims was 09/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,973.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $37,973.97, for a total compensation of $37,973.97.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $799.90 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2017        By: /s/JAMES E. STEVENS
                            Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Period Ending:** 02/23/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value**<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned**<br>OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  12612 Ventura Blvd., Machesney Park, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 2  524 Clifford Drive, Dekalb, IL 60115 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  One Court Place Condominium - Unit 1 & 1A<br>    Debtor will get 1/2 interest subject to Agreement for Deed.<br>See Order to Abandon Property entered May 9, 2016. | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 4  One Court Place Condominium - Unit 2 | 40,000.00 | 0.00 | | 0.00 | FA |
| 5  Timeshare Ownership - Ron Jon's Resort | 10,000.00 | 0.00 | | 0.00 | FA |
| 6  Cash on Hand<br>    Value changed per Amended Schedule B filed 6/27/12. | 400.00 | 0.00 | | 0.00 | FA |
| 7  Client Trust Account PNC Bank | 25,000.00 | 0.00 | | 0.00 | FA |
| 8  General Operating Account PNC Bank (SKLG Law Off | 6,000.00 | 0.00 | | 0.00 | FA |
| 9  Miscellaneous household furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 10  Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11  3 Life Insurance Policies. No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 12  Koroll Litigation Group, Ltd. (100%) | 1.00 | 0.00 | | 246,535.83 | FA |
| 13  The Szymanski Koroll Litigation Group-Gen Partne | 1.00 | 14,238.32 | | 753,042.34 | FA |
| 14  2002 S430 Mercedes<br>    Court Divorce Court awarded Debtor 2002 Mercedes. | 2,500.00 | Unknown | | 0.00 | FA |
| 15  Jeep Liberty<br>    Divorce Court awarded Debtor the Jeep Liberty. | 2,000.00 | Unknown | | 0.00 | FA |
| 16  Miscellaneous used office equipment.<br>    These were overvalued and not worth Trustee administering. | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 17  Paper/Office Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 18  Berg Case  (u)<br>    Referral fee to Koroll LItigation Group | Unknown | 1,650.00 | | 0.00 | FA |
| 19  ENTERED IN ERROR Hoskinson Case  (u)<br>    Settlement funds deposited July 31, 2012 into | Unknown | 10,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Period Ending:** 02/23/17  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Szymanski Koroll Litigation Group Asset No. 13. | | | | | |
| 20  ENTERED IN ERROR Loveland Case  (u)   Settlement funds deposited August 8, 2012 into Szymanski Koroll Litigation Group Asset No. 13. | Unknown | 6,250.00 | | 0.00 | FA |
| 21  Checking Account @ Chase Bank  (u)   See Amended Schedules B and C filed 6/27/12. | 300.00 | 0.00 | | 0.00 | FA |
| 22  pending malpractice cases from previous law firm  (u)   See Amended Schedule B filed 4/3/12. See Bankruptcy Court Order Abandoning entered on 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 23  two trailers (marital interest)  (u)   See Amended Schedule B filed 6/27/12. See Bankruptcy Court Order entered 12/5/16. | Unknown | Unknown | OA | 0.00 | FA |
| 24  Golf cart (marital asset)  (u)   See Amended Schedule B filed 6/27/12. See Bankruptcy Court Order entered 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 25  Hyundai (not running - marital asset)  (u)   See Amended Schedule B filed 6/27/12. See Bankruptcy Court Order entered 12/5/16 | 200.00 | Unknown | OA | 0.00 | FA |
| 26  Motorhome (not running - marital interest)  (u)   See Amended Schedule B filed 6/27/12. See Bankruptcy Court Order dated 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 27  shotgun and handgun (marital interest)  (u)   See Amended Schedule B filed 6/27/12. Debtor was awarded said personal property in the Divorce Court Order entered on 7/7/16 | Unknown | Unknown | OA | 0.00 | FA |
| 28  Yukon (marital interest)  (u)   See Amended Schedules B and C filed 6/27/12. See Bankruptcy Court Order of 12/5/16 | 7,000.00 | Unknown | OA | 0.00 | FA |
| 29  fur coat  (u)   See Amended Schedules B and C filed 6/27/12. | 400.00 | Unknown | | 0.00 | FA |
| 30  ENTERED IN ERROR GRICKI CASE  (u)   See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA

**Period Ending:** 02/23/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 31 | ENTERED IN ERROR Bryson lawsuit (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 32 | ENTERED IN ERROR Rigsby (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 33 | ENTERED IN ERROR Swinney vs. Provena (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 34 | ENTERED IN ERROR SKLG Misc. Monies (u) | Unknown | 0.00 | | 0.00 | FA |
| 35 | ENTERED IN ERROR LaFontaine (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 36 | ENTERED IN ERRORShannon Chavez/Ginny Harris case (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 37 | ENTERED IN ERROR Olson Case (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 38 | ENTERED IN ERROR Leason Case (u)<br>see Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 39 | ENTERED IN ERROR Morris/Purifoy vs. OSF et al. (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 40 | ENTERED IN ERROR Clark/Walker Case (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 41 | ENTERED IN ERROR MAYER/BRAIER (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 42 | ENTERED IN ERROR LA FONTAINE (u)<br>See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 43 | tax refunds (u) | Unknown | 0.00 | | 6,805.00 | FA |
| 43 Assets | Totals (Excluding unknown values) | **$375,902.00** | **$39,638.32** | | **$1,006,383.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12

**Period Ending:** 02/23/17

**Claims Bar Date:** 09/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2014      **Current Projected Date Of Final Report (TFR):** February 23, 2017  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-80577 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | SZYMANSKI KOROLL, CYNTHIA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******76-66 - Checking Account |
| Taxpayer ID #: | **-***9881 | | Blanket Bond: | $6,620,000.00   (per case limit) |
| Period Ending: | 02/23/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/12 | {13} | Szymanski Koroll Litigation Group | Per Order to Compromise a Controversy Hoskinson Settlement | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/31/12 | {13} | Szymanski Koroll Litigation Group | Settlement proceeds pursuant to Order to Compromise - Berg | 1129-000 | 1,650.00 | | 11,650.00 |
| 08/08/12 | {13} | Szymanski Koroll Litigation Group | Settlement Loveland case | 1129-000 | 6,250.00 | | 17,900.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.26 | 17,866.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.17 | 17,832.57 |
| 10/23/12 | {12} | KOROLL LITIGATION GROUP | SETTLEMENT PROCEEDS GRICKI | 1129-000 | 3,333.33 | | 21,165.90 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.78 | 21,124.12 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.28 | 21,080.84 |
| 12/26/12 | {13} | Thomas J. Popovich | Bryson settlement check | 1129-000 | 16,666.67 | | 37,747.51 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.03 | 37,703.48 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 37,703.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 37,900.00 | 37,900.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,703.48 | |
| | | | Subtotal | | 37,900.00 | 196.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $37,900.00 | $196.52 | |

{} Asset reference(s)

Printed: 02/23/2017 11:02 AM   V.13.28

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80577
**Case Name:** SZYMANSKI KOROLL, CYNTHIA
**Taxpayer ID #:** **-***9881
**Period Ending:** 02/23/17

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******1666 - Checking Account
**Blanket Bond:** $6,620,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,703.48 | | 37,703.48 |
| 01/29/13 | {13} | Karl's Litigation Group | settlement atty's fees re Rigsby | 1129-000 | 1,666.67 | | 39,370.15 |
| 01/29/13 | {12} | Koroll Litigation Group | settlement atty's fees Swinney vs. Provena | 1129-000 | 1,250.00 | | 40,620.15 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.97 | 40,562.18 |
| 02/11/13 | {13} | State Farm | refund insurance SKLG | 1129-000 | 353.53 | | 40,915.71 |
| 02/21/13 | {12} | Koroll Litigatino Group | settlement proceeds minus her atty's fees of $1,047.50/LaFontaine | 1129-000 | 10,452.50 | | 51,368.21 |
| 02/21/13 | 10101 | Karl Szymanski | 1/2 of State Farm Insurance refund check for SKLG | 8500-002 | | 176.76 | 51,191.45 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.73 | 51,133.72 |
| 03/20/13 | {12} | Koroll Litigation Group | fees from Shannon Chavez Ginny Harris case | 1129-000 | 40,000.00 | | 91,133.72 |
| 03/28/13 | {13} | Zurich American Insurance Company | Shannon Chavez Executor of the Estate of Ginny Harris settlement | 1129-000 | 216,666.66 | | 307,800.38 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.68 | 307,713.70 |
| 04/05/13 | 10102 | Kal Szymanski | Return of funds to Karl Szymanski Voided on 04/05/13 | 8500-002 | | 125,532.94 | 182,180.76 |
| 04/05/13 | 10102 | Kal Szymanski | Return of funds to Karl Szymanski Voided: check issued on 04/05/13 | 8500-002 | | -125,532.94 | 307,713.70 |
| 04/05/13 | 10103 | Karl Szymanski | Return of funds to Karl Szymanski | 8500-002 | | 125,532.94 | 182,180.76 |
| 04/10/13 | 10104 | Karl Szymanski | return of 1/2 of taxes Karl Szymanski paid to IDOR | 8500-002 | | 7,671.01 | 174,509.75 |
| 04/15/13 | 10105 | United States Treasury | 2012 Federal Income Taxes | 2810-000 | | 2,509.00 | 172,000.75 |
| 04/15/13 | 10106 | Illinois Department of Revenue | 2012 State of Illinois Income Taxes | 2820-000 | | 1,366.00 | 170,634.75 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 339.32 | 170,295.43 |
| 05/09/13 | {13} | Karl A. Szymanski dba Karls Litigation Group | payment pursuant to Order of 4/15/13 re 28 checks written on frozen accounts of SKLG law firm | 1129-000 | 14,238.32 | | 184,533.75 |
| 05/22/13 | 10107 | Cynthia Koroll | return of SKLG monies | 8500-002 | | 7,119.16 | 177,414.59 |
| 05/29/13 | 10108 | Cynthia S. Koroll | reimbursement of monies paid in Loveland case | 8500-002 | | 4,174.31 | 173,240.28 |
| 05/29/13 | 10109 | WIPFLI LLP | accountant fees | 3410-000 | | 1,990.00 | 171,250.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.91 | 170,985.37 |
| 06/05/13 | 10110 | Attorney James E. Stevens | Attorney for Chapter 7 Trustee Compensation pursuant to Order approving First Interim Application for Compensation | 3110-000 | | 51,716.00 | 119,269.37 |
| 06/11/13 | 10111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE | 2300-000 | | 175.15 | 119,094.22 |

Subtotals :   $322,331.16   $203,236.94

{} Asset reference(s)

Printed: 02/23/2017 11:02 AM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  
**Taxpayer ID #:** **-***9881  
**Period Ending:** 02/23/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-80577 | | | | |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.95 | 118,916.27 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.14 | 118,728.13 |
| 08/01/13 | 10112 | Humana Financial Recovery | Yocum/medical lien/ Evalyn Hardy | 8500-002 | | 1,125.02 | 117,603.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.34 | 117,432.77 |
| 09/18/13 | 10113 | Entre Computer Solutions | payment for technical support retrieval of flash drive | 2200-000 | | 174.90 | 117,257.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.25 | 117,094.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.28 | 116,909.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.94 | 116,752.40 |
| 12/18/13 | {13} | Karl's Litigation Group | payment from Karl re Olson fees | 1129-000 | 1,000.00 | | 117,752.40 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.30 | 117,567.10 |
| 01/20/14 | {13} | Alex M. Abate and Michael J. Smith Trust Account | Per Court Order Cindi Koroll's 1/2 of Leason Case Fee | 1129-000 | 18,750.00 | | 136,317.10 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.72 | 136,133.38 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.75 | 135,950.63 |
| 03/12/14 | 10114 | Barrick Switzer Law Firm | attorney's fees re Order 2nd interim app for compensation | 3110-000 | | 26,692.00 | 109,258.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.54 | 109,090.09 |
| 04/15/14 | 10115 | United States Treasury | 2013 Form 1041 EIN 38-7049881 | 2810-000 | | 15,706.00 | 93,384.09 |
| 04/15/14 | 10116 | Illinois Department of Revenue | taxes IL-1041-Ein#38-7049881 | 2820-000 | | 4,466.00 | 88,918.09 |
| 04/17/14 | {13} | Karl's Litigation Group | LaFontaine 1/2 balance of costs due to SKLG | 1129-000 | 486.88 | | 89,404.97 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.64 | 89,243.33 |
| 05/06/14 | {13} | OSF Healthcare System | Morris/Purifoy vs. OSF sttlement proceeds 1/2 fees Koroll/1/2 fees Szymanski payment | 1129-000 | 385,872.17 | | 475,115.50 |
| 05/08/14 | {12} | Koroll Litigation Group, Ltd. | Cindi Koroll's pymt on Morris case | 1129-000 | 40,000.00 | | 515,115.50 |
| 05/14/14 | {12} | Koroll Litigatino Group, Ltd | Koroll's fees for Clark/Walker case | 1129-000 | 4,000.00 | | 519,115.50 |
| 05/19/14 | {12} | Koroll Litigation Group | Clark/Walker Fees (one-half) | 1129-000 | 137,500.00 | | 656,615.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.95 | 655,952.55 |
| 06/05/14 | 10117 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #12-80577, 016018067 | 2300-000 | | 453.82 | 655,498.73 |
| 06/05/14 | 10118 | WIPFLI | preparation of 2013 federal and state income tax returns | 3310-000 | | 1,322.50 | 654,176.23 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 910.50 | 653,265.73 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,033.67 | 652,232.06 |
| 08/06/14 | {13} | Karl's Litigation Group IOLTA Trust | payment of attorney's fees & costs Braier case | 1129-000 | 77,027.83 | | 729,259.89 |

Subtotals : $664,636.88    $54,471.21

{} Asset reference(s)

Printed: 02/23/2017 11:02 AM    V.13.28

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  
**Taxpayer ID #:** **-***9881  
**Period Ending:** 02/23/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Account | | | | | |
| 08/21/14 | 10119 | James E. Stevens | Attorney's Fees 2/4/14 to 7/7/14 and some time in January, 2014 | 3110-000 | | 46,455.00 | 682,804.89 |
| 08/21/14 | 10120 | James E. Stevens | Reimbursement of Expenses | 3120-000 | | 182.50 | 682,622.39 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 972.46 | 681,649.93 |
| 09/16/14 | 10121 | KLG, Ltd. | ClarkWalker Case difference of 50% per State Court Order 9/15/14 | 8500-002 | | 27,500.00 | 654,149.93 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,029.99 | 653,119.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.73 | 652,149.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 844.21 | 651,305.00 |
| 12/01/14 | 10122 | Illinois Department of Revenue | Additional monies due December, 2013 tax return | 2820-000 | | 61.48 | 651,243.52 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,061.67 | 650,181.85 |
| 01/22/15 | 10123 | Lincstrom, Sorenson & Associates, LLP | accounting services to prepare Szymanski Koroll tax returns | 3310-000 | | 2,785.00 | 647,396.85 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 934.79 | 646,462.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 867.85 | 645,594.21 |
| 03/03/15 | 10124 | Mathers Clinic LLC | cost for deposition of Dr. Jose Montes Voided on 03/03/15 | 3120-000 | | 650.00 | 644,944.21 |
| 03/03/15 | 10124 | Mathers Clinic LLC | cost for deposition of Dr. Jose Montes Voided: check issued on 03/03/15 | 3120-000 | | -650.00 | 645,594.21 |
| 03/03/15 | 10125 | Mathers Clinic LLC | 1/2 of fee for deposition of Dr. Montes re Karl Szymanski | 2200-000 | | 625.00 | 644,969.21 |
| 03/03/15 | 10126 | United States Treasury | EIN: 38-7049881 2014 Form 1041 | 2810-000 | | 188,285.00 | 456,684.21 |
| 03/03/15 | 10127 | Illinois Department of Revenue | EIN:38-704988 IL-1041-V (2014 taxes) | 2810-000 | | 27,536.00 | 429,148.21 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 836.18 | 428,312.03 |
| 04/01/15 | 10128 | Wipfli, LLP | pymt prep 2014 Federal/State Income Tax Returns per Order 4/1/2015 | 3310-000 | | 1,820.00 | 426,492.03 |
| 04/29/15 | 10129 | James E. Stevens | Attorney's fees from July 8, 2014 through and including April 1, 2015 | 3110-000 | | 22,735.50 | 403,756.53 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.14 | 403,142.39 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 561.62 | 402,580.77 |
| 06/09/15 | 10130 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-80577, Bond #016018067 | 2300-000 | | 210.05 | 402,370.72 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.51 | 401,753.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.12 | 401,156.09 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 557.77 | 400,598.32 |

Subtotals :    $0.00    $328,661.57

{} Asset reference(s)

Printed: 02/23/2017 11:02 AM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  
**Taxpayer ID #:** **-***9881  
**Period Ending:** 02/23/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.66 | 399,983.66 |
| 10/08/15 | {13} | Fisk & Monteleone, Ltd. | Payment of outstanding costs in re: Keller | 1129-000 | 2,413.61 | | 402,397.27 |
| 10/22/15 | {12} | Koroll Litigation Group | Cindi Koroll's payment on Trevino | 1129-000 | 10,000.00 | | 412,397.27 |
| 10/28/15 | 10131 | Barrick, Switzer Law Firm | attorney's fees and costs | | | 18,644.50 | 393,752.77 |
| | | | | 15,069.50 | 3110-000 | | 393,752.77 |
| | | | | 3,575.00 | 3120-000 | | 393,752.77 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.20 | 393,173.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.67 | 392,626.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.26 | 392,005.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 543.60 | 391,462.04 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.80 | 390,919.24 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.89 | 390,302.35 |
| 04/06/16 | 10132 | WIPFLI CPAS AND CONSULTANTS | ACCOUNTANT FEES FOR PREP OF TAX RETURNS | 3310-000 | | 3,728.00 | 386,574.35 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 537.98 | 386,036.37 |
| 05/31/16 | {43} | United States Treasury | 2013 tax refund | 1224-000 | 4,296.00 | | 390,332.37 |
| 05/31/16 | {43} | United States Treasury | 2012 tax refund | 1224-000 | 2,509.00 | | 392,841.37 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 535.28 | 392,306.09 |
| 06/08/16 | 10133 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #12-80577, bOND #016018067 | 2300-000 | | 163.29 | 392,142.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.65 | 391,525.15 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.89 | 390,982.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.91 | 390,365.35 |
| 09/29/16 | 10134 | CYNTHIA KOROLL | Pursuant to divorce court order 9/28/16 | 8500-002 | | 14,864.00 | 375,501.35 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.95 | 374,941.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 519.89 | 374,421.51 |
| 11/21/16 | 10135 | Barrick Switzer Law Firm | attorney's fees and costs | | | 31,328.00 | 343,093.51 |
| | | | | 30,878.00 | 3110-000 | | 343,093.51 |
| | | | | 450.00 | 3120-000 | | 343,093.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 562.44 | 342,531.07 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.33 | 342,039.74 |
| 01/17/17 | 10136 | Cynthia J. Koroll | reimbrusements of atty's fees and costs pursuant to 1/4/17 Order | 8500-002 | | 123,740.50 | 218,299.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.42 | 217,839.82 |

Subtotals :   $19,218.61    $201,977.11

{} Asset reference(s)

Printed: 02/23/2017 11:02 AM    V.13.28

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Taxpayer ID #:** **-***9881  
**Period Ending:** 02/23/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,006,186.65 | 788,346.83 | $217,839.82 |
| | | | Less: Bank Transfers | | 37,703.48 | 0.00 | |
| | | | **Subtotal** | | 968,483.17 | 788,346.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$968,483.17** | **$788,346.83** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******76-66** | 37,900.00 | 196.52 | 0.00 |
| **Checking # ******1666** | 968,483.17 | 788,346.83 | 217,839.82 |
| | $1,006,383.17 | $788,543.35 | $217,839.82 |

{} Asset reference(s)        Printed: 02/23/2017 11:02 AM    V.13.28

Printed: 02/23/17 11:02 AM                            **Exhibit C**                                          Page: 1

## Case: 12-80577    SZYMANSKI KOROLL, CYNTHIA

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 1S | 03/09/12 | 100 | Illinois Department of Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br><4300-00   Internal Revenue Service Tax Liens (pre-petition)> | 1,983.86 | 1,983.86 | 0.00 | 1,983.86 | 1,983.86 |
| | | | **Priority 100:    100% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/21/12 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 37,973.97 | 37,973.97 | 0.00 | 37,973.97 | 37,973.97 |
| | 02/21/12 | 200 | James E. Stevens<br>6833 Stalter Drive<br>Rockforfd, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 6,207.50 | 6,207.50 | 0.00 | 6,207.50 | 6,207.50 |
| | 02/21/12 | 200 | WIPFLI LLP<br>4949 Harrison Avenue, Suite 300<br>Rockford, IL 61125<br><3310-00   Accountant for Trustee Fees (Trustee Firm)> | 1,800.20 | 1,800.20 | 0.00 | 1,800.20 | 1,800.20 |
| | 02/21/12 | 200 | James E. Stevens<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 200:    100% Paid** | **$45,981.67** | **$45,981.67** | **$0.00** | **$45,981.67** | **$45,981.67** |
| | | | **Total for Admin Ch. 7 Claims:** | **$45,981.67** | **$45,981.67** | **$0.00** | **$45,981.67** | **$45,981.67** |
| **Priority Claims:** | | | | | | | | |
| 1P | 03/09/12 | 570 | Illinois Department of Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br><5800-00   Claims of Governmental Units> | 1,630.84 | 1,630.84 | 0.00 | 1,630.84 | 448.85 |
| 2P | 06/18/12 | 570 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604<br><5800-00   Claims of Governmental Units> | 525,111.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2P-2 | 06/18/12 | 570 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units> | 615,583.29 | 615,583.29 | 0.00 | 615,583.29 | 169,425.44 |

Printed: 02/23/17 11:02 AM                              **Exhibit C**                                    Page: 2

## Case: 12-80577    SZYMANSKI KOROLL, CYNTHIA

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5P | 08/15/12 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00   Claims of Governmental Units><br>Disallowed on 7/2/14 per Court Order | 3,011.69 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 570:    27.52275% Paid** | **$1,145,337.28** | **$617,214.13** | **$0.00** | **$617,214.13** | **$169,874.29** |
| | | | **Total for Priority Claims:** | **$1,145,337.28** | **$617,214.13** | **$0.00** | **$617,214.13** | **$169,874.29** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1U | 03/09/12 | 610 | Illinois Department of Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br><7100-00   General Unsecured § 726(a)(2)> | 956.13 | 956.13 | 0.00 | 956.13 | 0.00 |
| 2U | 06/18/12 | 610 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604<br><7100-00   General Unsecured § 726(a)(2)> | 183,224.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2U-2 | 06/18/12 | 610 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)> | 235,824.35 | 235,824.35 | 0.00 | 235,824.35 | 0.00 |
| 3 | 06/25/12 | 610 | Smith Economics Group Ltd.<br>1165 N. Clark Street, Suite 600<br>Chicago, IL 60610<br><7100-00   General Unsecured § 726(a)(2)><br>Order Disallowing claim entered 3/27/2013 | 9,574.02 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 4 | 07/11/12 | 610 | Fridh Corporation<br>1111 S. Alpine Road, Suite 401<br>Rockford, IL 61108<br><7100-00   General Unsecured § 726(a)(2)><br>Order entered on 3/27/2013 Disallowing Claim | 150.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 5U | 08/15/12 | 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-00   General Unsecured § 726(a)(2)><br>Disallowed on 7/2/14 per Court Order | 4,959.76 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 6 | 09/04/12 | 610 | Rockford Mercantile Agency<br>2502 S. Alpine Road<br>Rockford, IL 61108<br><7100-00   General Unsecured § 726(a)(2)><br>Order Disallowing Claim entered on 3/27/13 | 24,245.59 | 0.00 * | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 02/23/17 11:02 AM                              **Exhibit C**                                      Page: 3

## Case: 12-80577   SZYMANSKI KOROLL, CYNTHIA

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 -2 | 09/04/12 | 610 | Rockford Mercantile Agency<br>2502 S. Alpine Road<br>Rockford, IL 61108<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Order entered on 3/27/2013 disallowing claim | 24,245.59 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 6 -3 | 09/04/12 | 610 | Rockford Mercantile Agency<br>2502 S. Alpine Road<br>Rockford, IL 61108<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Order entered on 3/27/2013 disallowing claim | 24,245.59 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 7 | 09/04/12 | 610 | One Court Place Condominium Association, Inc.<br>Attention: Brian K. Larkin, Treasurer<br>One Court Place, Suite 301<br>Rockford, IL 61101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 32,936.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 7 -2 | 09/04/12 | 610 | One Court Place Condominium Association, Inc.<br>Attention: Brian K. Larkin, Treasurer<br>One Court Place, Suite 301<br>Rockford, IL 61101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Order entered on 7/2/14  Compromising a Controversy | 137,052.14 | 20,000.00 | 0.00 | 20,000.00 | 0.00 |
| 8 | 03/19/14 | 610 | Brian K. Larkin<br>One Court Place, Suite 301<br>Rockford, IL 61101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>This is a late filed claim and not allowed. | 4,126.25 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$681,539.49** | **$256,780.48** | **$0.00** | **$256,780.48** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$681,539.49** | **$256,780.48** | **$0.00** | **$256,780.48** | **$0.00** |
| | | | **Total for Case :** | **$1,874,842.30** | **$921,960.14** | **$0.00** | **$921,960.14** | **$217,839.82** |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-80577
Case Name: SZYMANSKI KOROLL, CYNTHIA
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 217,839.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Security | 1,983.86 | 1,983.86 | 0.00 | 1,983.86 |

Total to be paid to secured creditors: $ 1,983.86
Remaining balance: $ 215,855.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 37,973.97 | 0.00 | 37,973.97 |
| Attorney for Trustee, Fees - James E. Stevens | 6,207.50 | 0.00 | 6,207.50 |
| Accountant for Trustee, Fees - WIPFLI LLP | 1,800.20 | 0.00 | 1,800.20 |

Total to be paid for chapter 7 administration expenses: $ 45,981.67
Remaining balance: $ 169,874.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 169,874.29

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $617,214.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Illinois Department of Security | 1,630.84 | 0.00 | 448.85 |
| 2P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-2 | Department of the Treasury | 615,583.29 | 0.00 | 169,425.44 |
| 5P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:     $        169,874.29
Remaining balance:     $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 256,780.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Department of Security | 956.13 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2U-2 | Department of the Treasury | 235,824.35 | 0.00 | 0.00 |
| 3 | Smith Economics Group Ltd. | 0.00 | 0.00 | 0.00 |
| 4 | Fridh Corporation | 0.00 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |
| 6 | Rockford Mercantile Agency | 0.00 | 0.00 | 0.00 |
| 6-2 | Rockford Mercantile Agency | 0.00 | 0.00 | 0.00 |
| 6-3 | Rockford Mercantile Agency | 0.00 | 0.00 | 0.00 |
| 7 | One Court Place Condominium Association, Inc. | 0.00 | 0.00 | 0.00 |
| 7-2 | One Court Place Condominium Association, Inc. | 20,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Brian K. Larkin | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**