UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                      )
                                            )
**SZYMANSKI KOROLL, CYNTHIA**               )   Bankruptcy Case No. 12-80577 TML
                                            )   Chapter 7
                                            )
Debtor(s).                                  )

## CERTIFICATE OF SERVICE

    The undersigned certifies that on April 3, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

SZYMANSKI KOROLL, CYNTHIA
2929 North Main Street
Rockford, IL 61103

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

WIPFLI LLP
4949 Harrison Avenue, Suite 300
Rockford, IL 61125

Illinois Department of Security
33 S State St 10th Flr Bankruptcy Unit
Chicago, Illinois 60603

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Smith Economics Group Ltd.
1165 N. Clark Street, Suite 600
Chicago, IL 60610

Fridh Corporation
1111 S. Alpine Road, Suite 401
Rockford, IL 61108

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Rockford Mercantile Agency
2502 S. Alpine Road
Rockford, IL 61108

One Court Place Condominium Association, Inc.
Attention: Brian K. Larkin, Treasurer
One Court Place, Suite 301
Rockford, IL 61101


/s/ JAMES E. STEVENS

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com