IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| In The Bankruptcy Matter of | ) |
| | ) |
| Cynthia J. Szymanski Koroll | ) |
| | ) |
| Debtor | ) |
| | ) Bankruptcy No. 12-80577 |
| | ) Chapter 7 |
| | ) |
| | ) |

## NOTICE OF MOTION

To: See Attached Service List

Please take Notice that on May 3, 2017 at 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Lynch or any other Bankruptcy Judge presiding in his place in 3100 the courtroom usually occupied by the Judge in the Rockford Federal Courthouse, Federal Building, 327 South Church Street, Rockford, Illinois. and then and there present, Debtor's **Motion for Extension of Time**, a copy of which is presented herewith.

Date: May 2, 2017

BY: _/s/ Cynthia J. Koroll_
CYNTHIA J. KOROLL

Cynthia J. Koroll
Pro Se
2929 N. Main Street, Front
Rockford, IL 61103

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 02 2017

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - VG

1

## PROOF OF SERVICE

The undersigned, being first duly sworn, does hereby certify that a copy of this Notice and Motion was mailed, hand delivered, faxed or electronically delivered to the persons listed below, at their respective addresses on or before 5:00 p.m., the 2nd day of May, 2017.

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715

Trustee James Stevens
Barrick Switzer Long Balsley & Van Evra
6833 Stalter Drive
Rockford, Illinois 61108

_____

Cynthia Koroll
Pro Se
2929 N. Main Street
Front
Rockford, Illinois 61103

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| In The Bankruptcy Matter of | ) |
| | ) |
| Cynthia J. Szymanski Koroll | ) |
| | ) |
| Debtor | ) |
| | ) Bankruptcy No. 12-80577 |
| | ) Chapter 7 |
| | ) |
| | ) |

### **DEBTOR'S MOTION FOR EXTENSION OF TIME**

NOW COMES Debtor, CYNTHIA J. SZYMANSKI KOROLL, n/k/a CYNTHIA KOROLL with her Motion Requesting Extension of Time, states as follows:

1. This matter is set for approval of the Final Report of the Trustee.

2. It was set on April 26, 2017.

3. On April 26, 2017, Ms. Koroll was ill and unable to attend court.

4. Ms. Koroll notified Attorney Stevens that she was ill and would not be able to attend.

5. Attorney Stevens told Ms. Koroll that he would advise the court of her illness and would request a continuance and that he would have his office send her a copy of the minute order.

6. On April 26, 2017, Ms. Koroll received an email from Mr. Stevens office with a copy of the minute order (Exhibit A).

7. The minute order did not include the deadline of May 1, 2017 for Ms. Koroll to object.

8. On May 2, 2017, Ms. Koroll received a copy of a handwritten order from the

1

Bankruptcy Court.(Exhibit B).

9. Ms. Koroll is requesting time to the Final Report of the Trustee with any objections and discrepancies she may have.

WHEREFORE Debtor, CYNTHIA KOROLL, respectfully requests this Court grant her an extension of time of two (2) weeks to respond with any objections she may have to the Final Report of the Trustee and any other remedy the honorable court feels fit.

*/s/ Cynthia J. Koroll*
CYNTHIA KOROLL

Cynthia Koroll
2929 North Main Street, Front
Rockford, IL 61103
815-316-7554 (Phone)
779-423-2332 (Fax)

2



Cynthia Koroll <cindi@klg-law.net>

## FW: Ch-7 TML 12-80577 Cynthia J. Szymanski Koroll Hearing Motion Continued
2 messages

**Nancy Hrynkow** <NHrynkow@bslbv.com>    Wed, Apr 26, 2017 at 3:10 PM
To: Cindi KLG <cindi@klg-law.net>

FYI

**From:** USBC_ILNB@ilnb.uscourts.gov [mailto:USBC_ILNB@ilnb.uscourts.gov]
**Sent:** Wednesday, April 26, 2017 3:05 PM
**To:** CourtMail@ilnb.uscourts.gov
**Subject:** Ch-7 TML 12-80577 Cynthia J. Szymanski Koroll Hearing Motion Continued


***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Kuczynski, Mimi entered on 04/26/2017 at 3:01 PM CDT and filed on 04/26/2017

**Case Name:**     Cynthia J. Szymanski Koroll

**Case Number:**   12-80577

**Document Number:** 423

**Docket Text:**
(E)Hearing Continued (RE: [418] Compensation WITH Notice of Motion). hearing scheduled for 05/03/2017 at 10:00 AM at Courtroom 3100 327 South Church Street, Rockford, IL, 61101.. Signed on 04/26/2017. (Kuczynski, Mimi)

The following document(s) are associated with this transaction:


**12-80577 Notice will be electronically mailed to:**

Russell Baker on behalf of Trustee James E Stevens
rbaker@bslbv.com, gschumacher@bslbv.com

David H Carter on behalf of Creditor Peter Alexander
bankruptcyclinicpc@sbcglobal.net



Faith Dolgin on behalf of Creditor Illinois Department Of Revenue
faith.dolgin@illinois.gov

Brian K. Larkin on behalf of Creditor One Court Place Condominium Association, Inc.
brian@blarkinlaw.com

Patrick S Layng
USTPRegion11.MD.ECF@usdoj.gov

Theodore Liebovich on behalf of Creditor Theodore Liebovich (Trustee of the Packard/Marner Settlement Trust)
liebovich-weber@comcast.net

Nathan J Reusch on behalf of Creditor Ocwen Loan Servicing LLC
nreusch@rsmalaw.com

Carole J. Ryczek on behalf of U.S. Trustee Patrick S Layng
carole.ryczek@usdoj.gov

James E Stevens
jimstevens@bslbv.com, IL48@ecfcbis.com

James E Stevens on behalf of Accountant Wipfli, LLP
jimstevens@bslbv.com, IL48@ecfcbis.com

James E Stevens on behalf of Accountant Wipfli, LLP
jimstevens@bslbv.com, dharris@bslbv.com

James E Stevens on behalf of Accountant Howard Sorenson
jimstevens@bslbv.com, dharris@bslbv.com

James E Stevens on behalf of Accountant John M Roche
jimstevens@bslbv.com, dharris@bslbv.com

James E Stevens on behalf of Trustee James E Stevens
jimstevens@bslbv.com, IL48@ecfcbis.com

James E Stevens on behalf of Trustee James E Stevens
jimstevens@bslbv.com, dharris@bslbv.com

Karl A Szymanski on behalf of Creditor The Szymanski Koroll Litigation Group
karl@karlslaw1.com, tammy@karlslaw1.com

**12-80577 Notice will not be electronically mailed to:**

George P. Hampilos
,

Cynthia J. Szymanski Koroll
630 N Church St
Suite 202
Rockford, IL 61103

---

**Cynthia Koroll** <Cindi@klg-law.net>                                Wed, Apr 26, 2017 at 5:01 PM
To: Nancy Hrynkow <NHrynkow@bslbv.com>

My address is
2929 N Main Street
Rockford, Il 61103
[Quoted text hidden]
--
Cynthia Koroll, RN, JD

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH

Hearing Date: 4/26/17

Bankruptcy Case No. 12 B 80577  Adversary No. _____

Title of Cause: In Re: Cynthia J Koroll

Brief Statement of Motion: Motion for Trustee Fees & Attorney Fees & Motion to Pay Accountant

Name and Addresses of moving counsel: James Stevens

Representing: Trustee

## ORDER

All Matters continued to 5/3/17 @ 10:00. Atty Koroll is to submit to the Court proof of her medical illness on 4/26/17 by a Physican. Any Objections that Atty Koroll has to pending Motions must be in writing and filed w/ the Court by 5/1/17.

DATE: APR 26 2017

ENTER:

JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

James Stevens

EXHIBIT B

## CERTIFICATE OF SERVICE

RE:   **Cynthia J. Szymanski Koroll, 12-80577**

    I certify that on April 26, 2017 I caused a copy of the attached **Order** to be served to the parties listed via the Court's electronic notification system and by First Class Mail(**) to:

**Cynthia J. Szymanski Koroll ****
**630 N Church St**
**Suite 202**
**Rockford, IL 61103**

**James E Stevens**
Barrick, Switzer, Long, Balsley &
   Van Evera
6833 Stalter Drive
Rockford, IL 61108

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

_____
**Courtroom Deputy**