**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SZYMANSKI KOROLL, CYNTHIA     § Case No. 12-80577
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $375,900.00  *(without deducting any secured claims)* | Assets Exempt: $21,700.00 |
| Total Distribution to Claimants: $169,425.44 | Claims Discharged Without Payment: $1,018,562.76 |
| Total Expenses of Administration: $522,621.32 | |

  3)  Total gross receipts of $ 1,006,383.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 314,336.41 (see **Exhibit 2**), yielded net receipts of $692,046.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $451,505.63 | $1,983.86 | $1,983.86 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 522,621.32 | 522,621.32 | 522,621.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 462,849.16 | 1,145,337.28 | 617,214.13 | 169,425.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 357,516.83 | 681,539.49 | 256,780.48 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,271,871.62 | $2,351,481.95 | $1,398,599.79 | $692,046.76 |

4) This case was originally filed under Chapter 7 on February 21, 2012. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2017          By: /s/JAMES E. STEVENS
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Koroll Litigation Group, Ltd. (100%) | 1129-000 | 246,535.83 |
| The Szymanski Koroll Litigation Group-Gen Partne | 1129-000 | 753,042.34 |
| tax refunds | 1224-000 | 6,805.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,006,383.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karl Szymanski | 1/2 of State Farm Insurance refund check for SKLG | 8500-002 | 176.76 |
| Kal Szymanski | Return of funds to Karl Szymanski | 8500-002 | 0.00 |
| Karl Szymanski | Return of funds to Karl Szymanski | 8500-002 | 125,532.94 |
| Karl Szymanski | return of 1/2 of taxes Karl Szymanski paid to IDOR | 8500-002 | 7,671.01 |
| Cynthia Koroll | return of SKLG monies | 8500-002 | 7,119.16 |
| Cynthia S. Koroll | reimbursement of monies paid in Loveland case | 8500-002 | 4,174.31 |
| Humana Financial Recovery | Yocum/medical lien/ Evalyn Hardy | 8500-002 | 1,125.02 |
| KLG, Ltd. | ClarkWalker Case difference of 50% per State Court Order 9/15/14 | 8500-002 | 27,500.00 |
| CYNTHIA KOROLL | Pursuant to divorce court order 9/28/16 | 8500-002 | 14,864.00 |
| Cynthia J. Koroll | reimbrusements of atty's fees and costs pursuant to 1/4/17 Order | 8500-002 | 123,740.50 |
| Clerk of the United States Bankruptcy Court | stopped payment on check no. | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| | 10141 IDES | 8500-002 | 2,432.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $314,336.41 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Security | 4300-000 | N/A | 1,983.86 | 1,983.86 | 0.00 |
| NOTFILED | Ocwen Loan Servicing LLC | 4110-000 | 237,915.48 | N/A | N/A | 0.00 |
| NOTFILED | Rusty DuFoe Trustee - Andrews 1000 LLC % Attorney | 4110-000 | 38,045.15 | N/A | N/A | 0.00 |
| NOTFILED | Peter Alexander | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cape Caribe Inc. | 4110-000 | 14,885.82 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 4110-000 | 120,659.18 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$451,505.63** | **$1,983.86** | **$1,983.86** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 37,973.97 | 37,973.97 | 37,973.97 |
| Attorney for Trustee Fees (Trustee Firm) - James E. Stevens | 3110-000 | N/A | 6,207.50 | 6,207.50 | 6,207.50 |
| Accountant for Trustee Fees (Trustee Firm) - WIPFLI LLP | 3310-000 | N/A | 1,800.20 | 1,800.20 | 1,800.20 |
| Attorney for Trustee Fees (Trustee Firm) - James E. Stevens | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 33.26 | 33.26 | 33.26 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 34.17 | 34.17 | 34.17 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 41.78 | 41.78 | 41.78 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 43.28 | 43.28 | 43.28 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 44.03 | 44.03 | 44.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.97 | 57.97 | 57.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.73 | 57.73 | 57.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.68 | 86.68 | 86.68 |
| Other - United States Treasury | 2810-000 | N/A | 2,509.00 | 2,509.00 | 2,509.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 1,366.00 | 1,366.00 | 1,366.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 339.32 | 339.32 | 339.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|
| Other - WIPFLI LLP | 3410-000 | N/A | 1,990.00 | 1,990.00 | 1,990.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 264.91 | 264.91 | 264.91 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney James E. Stevens | 3110-000 | N/A | 51,716.00 | 51,716.00 | 51,716.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 175.15 | 175.15 | 175.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.95 | 177.95 | 177.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 188.14 | 188.14 | 188.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.34 | 170.34 | 170.34 |
| Trustee Expenses - Entre Computer Solutions | 2200-000 | N/A | 174.90 | 174.90 | 174.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 163.25 | 163.25 | 163.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 185.28 | 185.28 | 185.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 156.94 | 156.94 | 156.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 185.30 | 185.30 | 185.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 183.72 | 183.72 | 183.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 182.75 | 182.75 | 182.75 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick Switzer Law Firm | 3110-000 | N/A | 26,692.00 | 26,692.00 | 26,692.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.54 | 168.54 | 168.54 |
| Other - United States Treasury | 2810-000 | N/A | 15,706.00 | 15,706.00 | 15,706.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 4,466.00 | 4,466.00 | 4,466.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.64 | 161.64 | 161.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 662.95 | 662.95 | 662.95 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 453.82 | 453.82 | 453.82 |
| Accountant for Trustee Fees (Trustee Firm) - WIPFLI | 3310-000 | N/A | 1,322.50 | 1,322.50 | 1,322.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 910.50 | 910.50 | 910.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,033.67 | 1,033.67 | 1,033.67 |
| Attorney for Trustee Fees (Trustee Firm) - James E. Stevens | 3110-000 | N/A | 46,455.00 | 46,455.00 | 46,455.00 |
| Attorney for Trustee Expenses (Trustee Firm) - James E. Stevens | 3120-000 | N/A | 182.50 | 182.50 | 182.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 972.46 | 972.46 | 972.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,029.99 | 1,029.99 | 1,029.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 970.73 | 970.73 | 970.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 844.21 | 844.21 | 844.21 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 61.48 | 61.48 | 61.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,061.67 | 1,061.67 | 1,061.67 |
| Accountant for Trustee Fees (Trustee Firm) - Lincstrom, Sorenson & Associates, LLP | 3310-000 | N/A | 2,785.00 | 2,785.00 | 2,785.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 934.79 | 934.79 | 934.79 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 867.85 | 867.85 | 867.85 |
| Trustee Expenses - Mathers Clinic LLC | 2200-000 | N/A | 625.00 | 625.00 | 625.00 |
| Other - United States Treasury | 2810-000 | N/A | 188,285.00 | 188,285.00 | 188,285.00 |
| Other - Illinois Department of Revenue | 2810-000 | N/A | 27,536.00 | 27,536.00 | 27,536.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 836.18 | 836.18 | 836.18 |
| Accountant for Trustee Fees (Trustee Firm) - Wipfli, LLP | 3310-000 | N/A | 1,820.00 | 1,820.00 | 1,820.00 |
| Attorney for Trustee Fees (Trustee Firm) - James E. Stevens | 3110-000 | N/A | 22,735.50 | 22,735.50 | 22,735.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 614.14 | 614.14 | 614.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 561.62 | 561.62 | 561.62 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 210.05 | 210.05 | 210.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 617.51 | 617.51 | 617.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 597.12 | 597.12 | 597.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 557.77 | 557.77 | 557.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 614.66 | 614.66 | 614.66 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer Law Firm | 3110-000 | N/A | 15,069.50 | 15,069.50 | 15,069.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer Law Firm | 3120-000 | N/A | 3,575.00 | 3,575.00 | 3,575.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 579.20 | 579.20 | 579.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 546.67 | 546.67 | 546.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 621.26 | 621.26 | 621.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 543.60 | 543.60 | 543.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 542.80 | 542.80 | 542.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 616.89 | 616.89 | 616.89 |
| Accountant for Trustee Fees (Trustee Firm) - WIPFLI CPAS AND CONSULTANTS | 3310-000 | N/A | 3,728.00 | 3,728.00 | 3,728.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 537.98 | 537.98 | 537.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 535.28 | 535.28 | 535.28 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 163.29 | 163.29 | 163.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 617.65 | 617.65 | 617.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 542.89 | 542.89 | 542.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 616.91 | 616.91 | 616.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 559.95 | 559.95 | 559.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 519.89 | 519.89 | 519.89 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick Switzer Law Firm | 3110-000 | N/A | 30,878.00 | 30,878.00 | 30,878.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick Switzer Law Firm | 3120-000 | N/A | 450.00 | 450.00 | 450.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 562.44 | 562.44 | 562.44 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 491.33 | 491.33 | 491.33 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 459.42 | 459.42 | 459.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $522,621.32 | $522,621.32 | $522,621.32 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Security | 5800-000 | N/A | 1,630.84 | 1,630.84 | 0.00 |
| 2P | Internal Revenue Service | 5800-000 | 442,338.33 | 525,111.46 | 0.00 | 0.00 |
| 2P-2 | Department of the Treasury | 5800-000 | N/A | 615,583.29 | 615,583.29 | 169,425.44 |
| 5P | Illinois Department of Revenue | 5800-000 | 3,402.51 | 3,011.69 | 0.00 | 0.00 |
| NOTFILED | Winnebago County Treasurer | 5200-000 | 2,878.06 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial LLC | 5200-000 | 5,374.62 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial LLC | 5200-000 | 972.47 | N/A | N/A | 0.00 |
| NOTFILED | KGH Investments | 5200-000 | 7,883.17 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $462,849.16 | $1,145,337.28 | $617,214.13 | $169,425.44 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Security | 7100-000 | N/A | 956.13 | 956.13 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 183,224.07 | 0.00 | 0.00 |
| 2U-2 | Department of the Treasury | 7100-000 | N/A | 235,824.35 | 235,824.35 | 0.00 |
| 3 | Smith Economics Group Ltd. | 7100-000 | 3,997.78 | 9,574.02 | 0.00 | 0.00 |
| 4 | Fridh Corporation | 7100-000 | N/A | 150.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5U | Illinois Department of Revenue | 7100-000 | 8,488.40 | 4,959.76 | 0.00 | 0.00 |
| 6 | Rockford Mercantile Agency | 7100-000 | 26,845.38 | 24,245.59 | 0.00 | 0.00 |
| 6 -2 | Rockford Mercantile Agency | 7100-000 | N/A | 24,245.59 | 0.00 | 0.00 |
| 6 -3 | Rockford Mercantile Agency | 7100-000 | N/A | 24,245.59 | 0.00 | 0.00 |
| 7 | One Court Place Condominium Association, Inc. | 7100-000 | N/A | 32,936.00 | 0.00 | 0.00 |
| 7 -2 | One Court Place Condominium Association, Inc. | 7100-000 | N/A | 137,052.14 | 20,000.00 | 0.00 |
| 8 | Brian K. Larkin | 7100-000 | 21,300.00 | 4,126.25 | 0.00 | 0.00 |
| NOTFILED | Stewart & Associates, Inc. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American % Mutual Management | 7100-000 | 250.45 | N/A | N/A | 0.00 |
| NOTFILED | Summit Radiology | 7100-000 | 405.77 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 7100-000 | 4,065.39 | N/A | N/A | 0.00 |
| NOTFILED | SmithAmundsen | 7100-000 | 43.70 | N/A | N/A | 0.00 |
| NOTFILED | Lexis Nexis Matthew Bender & Co. Inc. | 7100-000 | 155.24 | N/A | N/A | 0.00 |
| NOTFILED | Karl Szymanski | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McCorkle Court Reporters, Inc. | 7100-000 | 6,053.54 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 20,147.34 | N/A | N/A | 0.00 |
| NOTFILED | Needles | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Gastroenterology Associates | 7100-000 | 2,545.03 | N/A | N/A | 0.00 |
| NOTFILED | RH Donnelley % McCarthy Burgess & Wolff | 7100-000 | 11,226.70 | N/A | N/A | 0.00 |
| NOTFILED | Smart Document Solutions | 7100-000 | 36.85 | N/A | N/A | 0.00 |
| NOTFILED | TDS Telecommunications | 7100-000 | 51.25 | N/A | N/A | 0.00 |
| NOTFILED | Thomson West % Moss & Barnett | 7100-000 | 10,058.60 | N/A | N/A | 0.00 |
| NOTFILED | The Journal Standard | 7100-000 | 205.30 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Legal Support Inc. Mite/IL Records | 7100-000 | 550.50 | N/A | N/A | 0.00 |
| NOTFILED | U Of I College Of Medicine At Rockford Accounting | 7100-000 | 127.79 | N/A | N/A | 0.00 |
| NOTFILED | UW Health Hospital & Clinics | 7100-000 | 35.28 | N/A | N/A | 0.00 |
| NOTFILED | Universata, Inc. | 7100-000 | 68.23 | N/A | N/A | 0.00 |
| NOTFILED | WTVO-17 % Richard James & Assoc. | 7100-000 | 16,810.00 | N/A | N/A | 0.00 |
| NOTFILED | Vecchio Court Reporting | 7100-000 | 2,419.75 | N/A | N/A | 0.00 |
| NOTFILED | Urbanski Reporting Comany | 7100-000 | 925.70 | N/A | N/A | 0.00 |
| NOTFILED | TDS Metrocom | 7100-000 | 644.68 | N/A | N/A | 0.00 |
| NOTFILED | IOD Inc. | 7100-000 | 622.16 | N/A | N/A | 0.00 |
| NOTFILED | Young Conaway Stargatt & Taylor LLP The Brandywine | 7100-000 | 1,579.05 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 269.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Yellowbook % Rauch-Milliken International Inc. | 7100-000 | 70,934.33 | N/A | N/A | 0.00 |
| NOTFILED | Closing Velocity, Inc. | 7100-000 | 8,787.50 | N/A | N/A | 0.00 |
| NOTFILED | KGH Investments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Treasurer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Z Financial LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Z Financial LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gretchen Szymanski | 7100-000 | 79,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox 39 WQRF | 7100-000 | 17,569.00 | N/A | N/A | 0.00 |
| NOTFILED | HealthPort | 7100-000 | 2,689.95 | N/A | N/A | 0.00 |
| NOTFILED | Hazelden % Northland Credit Control | 7100-000 | 6,300.02 | N/A | N/A | 0.00 |
| NOTFILED | Des Plaines Office Equipment Co. | 7100-000 | 2,333.25 | N/A | N/A | 0.00 |
| NOTFILED | Humana Health & Life Ins. | 7100-000 | 2,688.90 | N/A | N/A | 0.00 |
| NOTFILED | Consolidated Public Services | 7100-000 | 187.72 | N/A | N/A | 0.00 |
| NOTFILED | Cape Caribe Association Inc. | 7100-000 | 892.10 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages McCarthy Burgess & Wolfe | 7100-000 | 11,226.70 | N/A | N/A | 0.00 |
| NOTFILED | Charles R. Clark MD | 7100-000 | 7,633.00 | N/A | N/A | 0.00 |
| NOTFILED | Huseby Inc. John J. Pangallo PA | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Spotlight | 7100-000 | 5,960.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $357,516.83 | $681,539.49 | $256,780.48 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  

**Period Ending:** 12/12/17  
**Claims Bar Date:** 09/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12612 Ventura Blvd., Machesney Park, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 524 Clifford Drive, Dekalb, IL 60115 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | One Court Place Condominium - Unit 1 & 1A<br>    Debtor will get 1/2 interest subject to Agreement for Deed.<br>See Order to Abandon Property entered May 9, 2016. | 70,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | One Court Place Condominium - Unit 2 | 40,000.00 | 0.00 | | 0.00 | FA |
| 5 | Timeshare Ownership - Ron Jon's Resort | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on Hand<br>    Value changed per Amended Schedule B filed 6/27/12. | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Client Trust Account PNC Bank | 25,000.00 | 0.00 | | 0.00 | FA |
| 8 | General Operating Account PNC Bank (SKLG Law Off | 6,000.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous household furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 3 Life Insurance Policies. No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Koroll Litigation Group, Ltd. (100%) | 1.00 | 0.00 | | 246,535.83 | FA |
| 13 | The Szymanski Koroll Litigation Group-Gen Partne | 1.00 | 14,238.32 | | 753,042.34 | FA |
| 14 | 2002 5430 Mercedes<br>    Court Divorce Court awarded Debtor 2002 Mercedes. | 2,500.00 | Unknown | | 0.00 | FA |
| 15 | Jeep Liberty<br>    Divorce Court awarded Debtor the Jeep Liberty. | 2,000.00 | Unknown | | 0.00 | FA |
| 16 | Miscellaneous used office equipment.<br>    These were overvalued and not worth Trustee administering. | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 17 | Paper/Office Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Berg Case  (u)<br>    Referral fee to Koroll LItigation Group | Unknown | 1,650.00 | | 0.00 | FA |
| 19 | ENTERED IN ERROR Hoskinson Case  (u)<br>    Settlement funds deposited July 31, 2012 into | Unknown | 10,000.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA

**Period Ending:** 12/12/17

**Trustee:**    (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | Szymanski Koroll Litigation Group Asset No. 13. |  |  |  |  |  |
| 20 | ENTERED IN ERROR Loveland Case  (u)<br>    Settlement funds deposited August 8, 2012 into Szymanski Koroll Litigation Group Asset No. 13. | Unknown | 6,250.00 |  | 0.00 | FA |
| 21 | Checking Account @ Chase Bank  (u)<br>    See Amended Schedules B and C filed 6/27/12. | 300.00 | 0.00 |  | 0.00 | FA |
| 22 | pending malpractice cases from previous law firm  (u)<br>    See Amended Schedule B filed  4/3/12. See Bankruptcy Court  Order Abandoning entered on 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 23 | two trailers (marital interest)  (u)<br>    See Amended Schedule B filed 6/27/12.  See Bankruptcy Court Order entered 12/5/16. | Unknown | Unknown | OA | 0.00 | FA |
| 24 | Golf cart (marital asset)  (u)<br>    See Amended Schedule B filed 6/27/12.  See Bankruptcy Court Order entered 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 25 | Hyundai (not running - marital asset)  (u)<br>    See Amended Schedule B filed 6/27/12.  See Bankruptcy Court Order entered 12/5/16 | 200.00 | Unknown | OA | 0.00 | FA |
| 26 | Motorhome (not running - marital interest)  (u)<br>    See Amended Schedule B filed 6/27/12.  See Bankruptcy Court Order dated 12/5/16 | Unknown | Unknown | OA | 0.00 | FA |
| 27 | shotgun and handgun (marital interest)  (u)<br>    See Amended Schedule B filed 6/27/12.  Debtor was awarded said personal property in the Divorce Court Order entered on 7/7/16 | Unknown | Unknown | OA | 0.00 | FA |
| 28 | Yukon (marital interest)  (u)<br>    See Amended Schedules B and C filed 6/27/12. See Bankruptcy Court Order of 12/5/16 | 7,000.00 | Unknown | OA | 0.00 | FA |
| 29 | fur coat  (u)<br>    See Amended Schedules B and C filed 6/27/12. | 400.00 | Unknown |  | 0.00 | FA |
| 30 | ENTERED IN ERROR GRICKI CASE  (u)<br>    See Motion to CC 4/11/16 | Unknown | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Period Ending:** 12/12/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 31  ENTERED IN ERROR Bryson lawsuit (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 32  ENTERED IN ERROR Rigsby (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 33  ENTERED IN ERROR Swinney vs. Provena (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 34  ENTERED IN ERROR SKLG Misc. Monies (u) | Unknown | 0.00 | | 0.00 | FA |
| 35  ENTERED IN ERROR LaFontaine (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 36  ENTERED IN ERRORShannon Chavez/Ginny Harris case (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 37  ENTERED IN ERROR Olson Case (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 38  ENTERED IN ERROR Leason Case (u)  see Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 39  ENTERED IN ERROR Morris/Purifoy vs. OSF et al. (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 40  ENTERED IN ERROR Clark/Walker Case (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 41  ENTERED IN ERROR MAYER/BRAIER (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 42  ENTERED IN ERROR LA FONTAINE (u)  See Motion to CC 4/11/16 | Unknown | 0.00 | | 0.00 | FA |
| 43  tax refunds (u) | Unknown | 0.00 | | 6,805.00 | FA |
| 43    Assets    Totals (Excluding unknown values) | **$375,902.00** | **$39,638.32** | | **$1,006,383.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Period Ending:** 12/12/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/21/12 (f)  
**§341(a) Meeting Date:** 03/29/12  
**Claims Bar Date:** 09/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014     **Current Projected Date Of Final Report (TFR):**   February 23, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******76-66 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/12 | {13} | Szymanski Koroll Litigation Group | Per Order to Compromise a Controversy Hoskinson Settlement | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/31/12 | {13} | Szymanski Koroll Litigation Group | Settlement proceeds pursuant to Order to Compromise - Berg | 1129-000 | 1,650.00 | | 11,650.00 |
| 08/08/12 | {13} | Szymanski Koroll Litigation Group | Settlement Loveland case | 1129-000 | 6,250.00 | | 17,900.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.26 | 17,866.74 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.17 | 17,832.57 |
| 10/23/12 | {12} | KOROLL LITIGATION GROUP | SETTLEMENT PROCEEDS GRICKI | 1129-000 | 3,333.33 | | 21,165.90 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.78 | 21,124.12 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.28 | 21,080.84 |
| 12/26/12 | {13} | Thomas J. Popovich | Bryson settlement check | 1129-000 | 16,666.67 | | 37,747.51 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.03 | 37,703.48 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 37,703.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,900.00 | 37,900.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 37,703.48 | |
| | | | **Subtotal** | | 37,900.00 | 196.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,900.00** | **$196.52** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $4,396,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,703.48 | | 37,703.48 |
| 01/29/13 | {13} | Karl's Litigation Group | settlement atty's fees re Rigsby | 1129-000 | 1,666.67 | | 39,370.15 |
| 01/29/13 | {12} | Koroll Litigation Group | settlement atty's fees Swinney vs. Provena | 1129-000 | 1,250.00 | | 40,620.15 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.97 | 40,562.18 |
| 02/11/13 | {13} | State Farm | refund insurance SKLG | 1129-000 | 353.53 | | 40,915.71 |
| 02/21/13 | {12} | Koroll Litigatino Group | settlement proceeds minus her atty's fees of $1,047.50/LaFontaine | 1129-000 | 10,452.50 | | 51,368.21 |
| 02/21/13 | 10101 | Karl Szymanski | 1/2 of State Farm Insurance refund check for SKLG | 8500-002 | | 176.76 | 51,191.45 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.73 | 51,133.72 |
| 03/20/13 | {12} | Koroll Litigation Group | fees from Shannon Chavez Ginny Harris case | 1129-000 | 40,000.00 | | 91,133.72 |
| 03/28/13 | {13} | Zurich American Insurance Company | Shannon Chavez Executor of the Estate of Ginny Harris settlement | 1129-000 | 216,666.66 | | 307,800.38 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.68 | 307,713.70 |
| 04/05/13 | 10102 | Kal Szymanski | Return of funds to Karl Szymanski Voided on 04/05/13 | 8500-002 | | 125,532.94 | 182,180.76 |
| 04/05/13 | 10102 | Kal Szymanski | Return of funds to Karl Szymanski Voided: check issued on 04/05/13 | 8500-002 | | -125,532.94 | 307,713.70 |
| 04/05/13 | 10103 | Karl Szymanski | Return of funds to Karl Szymanski | 8500-002 | | 125,532.94 | 182,180.76 |
| 04/10/13 | 10104 | Karl Szymanski | return of 1/2 of  taxes Karl Szymanski paid to IDOR | 8500-002 | | 7,671.01 | 174,509.75 |
| 04/15/13 | 10105 | United States Treasury | 2012 Federal Income Taxes | 2810-000 | | 2,509.00 | 172,000.75 |
| 04/15/13 | 10106 | Illinois Department of Revenue | 2012 State of Illinois Income Taxes | 2820-000 | | 1,366.00 | 170,634.75 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 339.32 | 170,295.43 |
| 05/09/13 | {13} | Karl A. Szymanski dba Karls Litigation Group | payment pursuant to  Order of 4/15/13 re 28 checks written on frozen accounts of SKLG law firm | 1129-000 | 14,238.32 | | 184,533.75 |
| 05/22/13 | 10107 | Cynthia Koroll | return of SKLG monies | 8500-002 | | 7,119.16 | 177,414.59 |
| 05/29/13 | 10108 | Cynthia S. Koroll | reimbursement of monies paid in Loveland case | 8500-002 | | 4,174.31 | 173,240.28 |
| 05/29/13 | 10109 | WIPFLI LLP | accountant fees | 3410-000 | | 1,990.00 | 171,250.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.91 | 170,985.37 |
| 06/05/13 | 10110 | Attorney James E. Stevens | Attorney for Chapter 7 Trustee Compensation pursuant to Order approving First Interim Application for Compensation | 3110-000 | | 51,716.00 | 119,269.37 |
| 06/11/13 | 10111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE | 2300-000 | | 175.15 | 119,094.22 |

Subtotals :        $322,331.16        $203,236.94

{} Asset reference(s)                                          Printed: 12/12/2017 11:29 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #12-80577 | | | | |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.95 | 118,916.27 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.14 | 118,728.13 |
| 08/01/13 | 10112 | Humana Financial Recovery | Yocum/medical lien/ Evalyn Hardy | 8500-002 | | 1,125.02 | 117,603.11 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.34 | 117,432.77 |
| 09/18/13 | 10113 | Entre Computer Solutions | payment for technical support retrieval of flash drive | 2200-000 | | 174.90 | 117,257.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.25 | 117,094.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.28 | 116,909.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.94 | 116,752.40 |
| 12/18/13 | {13} | Karl's Litigation Group | payment from Karl re Olson fees | 1129-000 | 1,000.00 | | 117,752.40 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.30 | 117,567.10 |
| 01/20/14 | {13} | Alex M. Abate and Michael J. Smith Trust Account | Per Court Order Cindi Koroll's 1/2 of Leason Case Fee | 1129-000 | 18,750.00 | | 136,317.10 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.72 | 136,133.38 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.75 | 135,950.63 |
| 03/12/14 | 10114 | Barrick Switzer Law Firm | attorney's fees re Order 2nd interim app for compensation | 3110-000 | | 26,692.00 | 109,258.63 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.54 | 109,090.09 |
| 04/15/14 | 10115 | United States Treasury | 2013 Form 1041 EIN 38-7049881 | 2810-000 | | 15,706.00 | 93,384.09 |
| 04/15/14 | 10116 | Illinois Department of Revenue | taxes IL-1041-Ein#38-7049881 | 2820-000 | | 4,466.00 | 88,918.09 |
| 04/17/14 | {13} | Karl's Litigation Group | LaFontaine 1/2 balance of costs due to SKLG | 1129-000 | 486.88 | | 89,404.97 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.64 | 89,243.33 |
| 05/06/14 | {13} | OSF Healthcare System | Morris/Purifoy vs. OSF sttlement proceeds 1/2 fees Koroll/1/2 fees Szymanski payment | 1129-000 | 385,872.17 | | 475,115.50 |
| 05/08/14 | {12} | Koroll Litigation Group, Ltd. | Cindi Koroll's pymt on Morris case | 1129-000 | 40,000.00 | | 515,115.50 |
| 05/14/14 | {12} | Koroll Litigatino Group, Ltd | Koroll's fees for Clark/Walker case | 1129-000 | 4,000.00 | | 519,115.50 |
| 05/19/14 | {12} | Koroll Litigation Group | Clark/Walker Fees (one-half) | 1129-000 | 137,500.00 | | 656,615.50 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.95 | 655,952.55 |
| 06/05/14 | 10117 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #12-80577, 016018067 | 2300-000 | | 453.82 | 655,498.73 |
| 06/05/14 | 10118 | WIPFLI | preparation of 2013 federal and state income tax returns | 3310-000 | | 1,322.50 | 654,176.23 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 910.50 | 653,265.73 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,033.67 | 652,232.06 |
| 08/06/14 | {13} | Karl's Litigation Group IOLTA Trust | payment of attorney's fees & costs Braier case | 1129-000 | 77,027.83 | | 729,259.89 |

Subtotals :   $664,636.88   $54,471.21

{} Asset reference(s)

Printed: 12/12/2017 11:29 AM   V.13.30

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  

**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $4,396,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Account | | | | | |
| 08/21/14 | 10119 | James E. Stevens | Attorney's Fees 2/4/14 to 7/7/14 and some time in January, 2014 | 3110-000 | | 46,455.00 | 682,804.89 |
| 08/21/14 | 10120 | James E. Stevens | Reimbursement of Expenses | 3120-000 | | 182.50 | 682,622.39 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 972.46 | 681,649.93 |
| 09/16/14 | 10121 | KLG, Ltd. | ClarkWalker Case difference of 50% per State Court Order 9/15/14 | 8500-002 | | 27,500.00 | 654,149.93 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,029.99 | 653,119.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 970.73 | 652,149.21 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 844.21 | 651,305.00 |
| 12/01/14 | 10122 | Illinois Department of Revenue | Additional monies due December, 2013 tax return | 2820-000 | | 61.48 | 651,243.52 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,061.67 | 650,181.85 |
| 01/22/15 | 10123 | Lincstrom, Sorenson & Associates, LLP | accounting services to prepare Szymanski Koroll tax returns | 3310-000 | | 2,785.00 | 647,396.85 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 934.79 | 646,462.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 867.85 | 645,594.21 |
| 03/03/15 | 10124 | Mathers Clinic LLC | cost for deposition of Dr. Jose Montes Voided on 03/03/15 | 3120-000 | | 650.00 | 644,944.21 |
| 03/03/15 | 10124 | Mathers Clinic LLC | cost for deposition of Dr. Jose Montes Voided: check issued on 03/03/15 | 3120-000 | | -650.00 | 645,594.21 |
| 03/03/15 | 10125 | Mathers Clinic LLC | 1/2 of fee for deposition of Dr. Montes re Karl Szymanski | 2200-000 | | 625.00 | 644,969.21 |
| 03/03/15 | 10126 | United States Treasury | EIN: 38-7049881 2014 Form 1041 | 2810-000 | | 188,285.00 | 456,684.21 |
| 03/03/15 | 10127 | Illinois Department of Revenue | EIN:38-704988 IL-1041-V (2014 taxes) | 2810-000 | | 27,536.00 | 429,148.21 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 836.18 | 428,312.03 |
| 04/01/15 | 10128 | Wipfli, LLP | pymt prep 2014 Federal/State Income Tax Returns per Order 4/1/2015 | 3310-000 | | 1,820.00 | 426,492.03 |
| 04/29/15 | 10129 | James E. Stevens | Attorney's fees from July 8, 2014 through and including April 1, 2015 | 3110-000 | | 22,735.50 | 403,756.53 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.14 | 403,142.39 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 561.62 | 402,580.77 |
| 06/09/15 | 10130 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-80577, Bond #016018067 | 2300-000 | | 210.05 | 402,370.72 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.51 | 401,753.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.12 | 401,156.09 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 557.77 | 400,598.32 |

Subtotals :    $0.00    $328,661.57

{} Asset reference(s)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  
**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.66 | 399,983.66 |
| 10/08/15 | {13} | Fisk & Monteleone, Ltd. | Payment of outstanding costs in re: Keller | 1129-000 | 2,413.61 | | 402,397.27 |
| 10/22/15 | {12} | Koroll Litigation Group | Cindi Koroll's payment on Trevino | 1129-000 | 10,000.00 | | 412,397.27 |
| 10/28/15 | 10131 | Barrick, Switzer Law Firm | attorney's fees and costs | | | 18,644.50 | 393,752.77 |
| | | | 15,069.50 | 3110-000 | | | 393,752.77 |
| | | | 3,575.00 | 3120-000 | | | 393,752.77 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 579.20 | 393,173.57 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 546.67 | 392,626.90 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 621.26 | 392,005.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 543.60 | 391,462.04 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.80 | 390,919.24 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.89 | 390,302.35 |
| 04/06/16 | 10132 | WIPFLI CPAS AND CONSULTANTS | ACCOUNTANT FEES FOR PREP OF TAX RETURNS | 3310-000 | | 3,728.00 | 386,574.35 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 537.98 | 386,036.37 |
| 05/31/16 | {43} | United States Treasury | 2013 tax refund | 1224-000 | 4,296.00 | | 390,332.37 |
| 05/31/16 | {43} | United States Treasury | 2012 tax refund | 1224-000 | 2,509.00 | | 392,841.37 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 535.28 | 392,306.09 |
| 06/08/16 | 10133 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #12-80577, bOND #016018067 | 2300-000 | | 163.29 | 392,142.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.65 | 391,525.15 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 542.89 | 390,982.26 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 616.91 | 390,365.35 |
| 09/29/16 | 10134 | CYNTHIA KOROLL | Pursuant to divorce court order 9/28/16 | 8500-002 | | 14,864.00 | 375,501.35 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 559.95 | 374,941.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 519.89 | 374,421.51 |
| 11/21/16 | 10135 | Barrick Switzer Law Firm | attorney's fees and costs | | | 31,328.00 | 343,093.51 |
| | | | 30,878.00 | 3110-000 | | | 343,093.51 |
| | | | 450.00 | 3120-000 | | | 343,093.51 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 562.44 | 342,531.07 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 491.33 | 342,039.74 |
| 01/17/17 | 10136 | Cynthia J. Koroll | reimbrusements of atty's fees and costs pursuant to 1/4/17 Order | 8500-002 | | 123,740.50 | 218,299.24 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.42 | 217,839.82 |
| 05/04/17 | 10137 | JAMES E. STEVENS | Dividend paid 100.00% on $37,973.97, Trustee Compensation; Reference: | 2100-000 | | 37,973.97 | 179,865.85 |

Subtotals :                   $19,218.61        $239,951.08

{} Asset reference(s)                                                                 Printed: 12/12/2017 11:29 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 12-80577  
**Case Name:** SZYMANSKI KOROLL, CYNTHIA  
**Taxpayer ID #:** **-***9881  
**Period Ending:** 12/12/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/17 | 10138 | James E. Stevens | Dividend paid 100.00% on $6,207.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,207.50 | 173,658.35 |
| 05/04/17 | 10139 | WIPFLI LLP | Dividend paid 100.00% on $1,800.20, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,800.20 | 171,858.15 |
| 05/04/17 | 10140 | Department of the Treasury | Dividend paid 27.52% on $615,583.29; Claim# 2P-2; Filed: $615,583.29; Reference: | 5800-000 | | 169,425.44 | 2,432.71 |
| 05/04/17 | 10141 | Illinois Department of Security | Combined Check for Claims#1P,1S Stopped on 09/19/17 | 4300-000 | | 2,432.71 | 0.00 |
| 09/19/17 | 10141 | Illinois Department of Security | Combined Check for Claims#1P,1S Stopped: check issued on 05/04/17 | 4300-000 | | -2,432.71 | 2,432.71 |
| 09/19/17 | 10142 | Clerk of the United States Bankruptcy Court | stopped payment on check no. 10141 IDES | 8500-002 | | 2,432.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,006,186.65 | 1,006,186.65 | $0.00 |
| | | | Less: Bank Transfers | | 37,703.48 | 0.00 | |
| | | | **Subtotal** | | 968,483.17 | 1,006,186.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$968,483.17** | **$1,006,186.65** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******76-66** | 37,900.00 | 196.52 | 0.00 |
| **Checking # ******1666** | 968,483.17 | 1,006,186.65 | 0.00 |
| | $1,006,383.17 | $1,006,383.17 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2017 11:29 AM    V.13.30